**Opinion filed November 18, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00296-CR
_____

## CHARLES RAY BAKER, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 249th District Court**
**Johnson County, Texas**
**Trial Court Cause No. F43766**

### M E M O R A N D U M   O P I N I O N

Charles Ray Baker has filed in this court a pro se motion to dismiss his appeal. In his motion, appellant states that there has been some confusion as to this case. Appellant wants to pursue a postconviction writ of habeas corpus and apparently did not intend for his pro se request to trigger a State appeal. We also note that the trial court stated in its certification of appellant's right to appeal that appellant had waived his right to appeal and that this was a plea bargain agreement situation with no right to appeal.

The motion is granted, and the appeal is dismissed.


November 18, 2010                                         PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.